UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY E. WHELEN | CIVIL ACTION |
| VERSUS | NO. 08-3620 |
| CHIEF PENOUILH ET AL. | SECTION "J" (2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion to dismiss for failure to exhaust administrative remedies procedures, Record Doc. No. 26, is DENIED.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss/for summary judgment concerning plaintiff's medical care claim against them, Record Doc. No. 46, is DISMISSED AS MOOT.

**IT IS FURTHER ORDERED** that plaintiff's complaint as a whole is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this  13th  day of    January   , 2009.

_____
UNITED STATES DISTRICT JUDGE